UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BANK OF NEW YORK MELLON )<br>fka THE BANK OF NEW YORK, )<br>AS TRUSTEE FOR THE )<br>CERTIFICATEHOLDERS OF THE )<br>CWABS INC ASSET-BACKED )<br>CERTIFICATES SERIES 2005-17 )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>KAREN YARDLEY )<br>Defendant, ) | Civil No. 1:19-cv-00187-LEW |

JUDGMENT

Pursuant to the Order entered by Judge Lance E. Walker on July 28, 2021,

JUDGMENT of dismissal without prejudice is hereby entered.

                                                                CHRISTA K. BERRY
                                                                CLERK


                                         By:   /s/ Michele Mitchell
                                                      Deputy Clerk

Dated: July 28, 2021